*E-Filed: October 8, 2013*

MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOHAILA SHOOSHTARIAN, )<br>)<br>          Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of )<br>Social Security, )<br>)<br>          Defendant. )<br>_____) | Case No. 5:13-cv-01973-HRL<br><br>**STIPULATION FOR EXTENSION OF TIME AND ~~PROPOSED~~ ORDER** |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment up to and including November 4, 2013. The response is currently due October 3, 2013.  This extension is being sought because of workload issues, including the unavoidable transfer of assignments and a high volume of other disability matters in federal district court.

    The parties also stipulate that the scheduling order shall be modified accordingly.

//

//

1 – Stipulation and Order Extending Def's Time

Respectfully submitted,

Dated: September 30, 2013          */s/ Omar O. Ortega*
                                   OMAR O. ORTEGA
                                   (as authorized via email on 9/30/2013)
                                   Attorney for Plaintiff

Dated: September 30, 2013          MELINDA L. HAAG
                                   United States Attorney
                                   DONNA L. CALVERT
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                       By:         */s/ Michael K. Marriott*
                                   MICHAEL K. MARRIOTT
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 8, 2013             _____
                                   UNITED STATES MAGISTRATE JUDGE
                                   HOWARD R. LLOYD

2 – Stipulation and Order Extending Def's Time